(112 So. 101)

## TRAVELERS' INSURANCE CO. v. Ella WILLIAMS. (I Div. 439.)

(Supreme Court of Alabama.   March 31, 1927.)

Certiorari to Court of Appeals.

Harry T. Smith & Caffey and Thornton & Frazier, all of Mobile, for petitioner.

Smiths, Young & Johnston, of Mobile, opposed.

PER CURIAM. Petition of Ella Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Travelers' Insurance Company v. Williams, 112 So. 99.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.